U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 APR 17 PM 2:37

CLERK

BY ___AL___
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:25-cr-41-1 |
| | ) |
| BENJAMIN GUTIERREZ-MORALES | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 5, 2025, in the District of Vermont, and elsewhere, the defendant, BENJAMIN GUTIERREZ-MORALES, knowing that certain persons, specifically J.C.P. and E.S.R., were aliens, knowingly brought those persons to the United States at a place other than as designated by the Secretary of Homeland Security.

(8 U.S.C. §§ 1324(a)(1)(A)(i), (a)(1)(A)(v)(II), (a)(1)(B)(i))

## Count 2

On or about April 5, 2025, in the District of Vermont, and elsewhere, the defendant, BENJAMIN GUTIERREZ-MORALES, being an alien, did knowingly and illegally enter the United States at a place other than as designated by an immigration official.

(8 U.S.C. § 1325(a))

TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (JLB)
Acting United States Attorney
Burlington, Vermont
April 17, 2025